UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:24-cr-244 |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| (1) JONATHAN MARQUIS STITT | ) | |
| a/k/a "ROC" or "ROCK" | | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. From at least as early as 2020 through at least October 2024, in the Western District of North Carolina and elsewhere, the defendant, Jonathan Marquis Stitt a/k/a "Roc" or "Rock" ("STITT") knowingly and willfully combined, conspired and agreed with Jason Randall Spearman a/k/a "Jazo" ("SPEARMAN") and Francisco Arnoldo Lopez Pena a/k/a "Frank" ("PENA") and with other persons, to commit offenses against the laws of the United States, that is: (1) to knowingly and unlawfully tamper with, alter, remove and obliterate the vehicle identification number (VIN) for a motor vehicle, in violation of Title 18 United States Code Section 511; (2) to transport and cause to be transported in interstate and foreign commerce a motor vehicle, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2312; (3) to receive, possess, store, sell, and dispose of a motor vehicle, which had crossed a state boundary after being stolen, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2313; and (4) to buy, receive, and possess, with intent to sell or otherwise dispose

2

of, a motor vehicle knowing that an identification number (VIN) for such motor vehicle had been unlawfully removed, obliterated, tampered with, or altered in violation of Title 18, United States Code, Section 2321.

2. STITT knowingly and willfully joined the conspiracy with an intent to further its criminal objectives and purposes.

3. Throughout the conspiracy, STITT and other coconspirators stole vehicles and also frequently caused stolen vehicles to be transported to the Charlotte, North Carolina area. In order to maximize profits, STITT sought to obtain high-end stolen vehicles, including various luxury models and trucks.

4. When STITT and his coconspirators acquired a stolen vehicle, they regularly caused the stolen vehicles' VINs to be altered to avoid detection from law enforcement and maximize resale value. To accomplish this act of evasion, the stolen vehicles' original VINs were altered by coconspirators to new VIN numbers that were not associated with a stolen vehicle.

5. During the conspiracy, SPEARMAN and PENA worked with STITT to facilitate the stolen vehicle scheme. SPEARMAN and PENA communicated frequently via electronic messages with STITT to further the conspiracy.

6. Since at least 2020, STITT paid SPEARMAN to produce VIN stickers to alter displayed VINs on stolen vehicles. SPEARMAN designed and sized the VIN stickers precisely for specific vehicles so these stickers could replace the true VIN stickers on the driver's door and in other locations on the stolen vehicles. SPEARMAN used a computer and printer at his home in Charlotte to create and produce the VIN stickers for STITT and others. SPEARMAN produced VIN stickers for hundreds of stolen vehicles.

7. PENA also handled various tasks for STITT in furtherance of the conspiracy. For example, PENA helped STITT locate vehicles to be stolen and sell the stolen vehicles. PENA also assisted STITT by altering VINs on stolen vehicles, as well as obtaining "clean" titles and license plates for the vehicles.

8. Among others, STITT and his coconspirators committed the following overt acts in furtherance of the conspiracy:

        a. On or about November 30, 2020, STITT possessed a stolen 2018 Ford Transit van with an altered VIN, in Charlotte, North Carolina.

b. On or about November 30, 2020, STITT possessed a cell phone with numerous notes, photographs and electronic message conversations related to various vehicles referencing VIN numbers, vehicle registrations, sales negotiations and other items.

c. In or about March 2023, in Charlotte, North Carolina, STITT possessed a 2016 Mercedes-Benz G550, which had been stolen from Huntersville, North Carolina, on or about January 9, 2023, and displayed a 30-day tag with a VIN number for a different vehicle.

d. On or about May 29, 2023, STITT, aided and abetted by coconspirators, caused a 2020 Freightliner M2 rollback tow truck to be stolen in Sumter, South Carolina.

e. On or about June 2-3, 2023, STITT sent SPEARMAN digital photographs of vehicle decals containing the VIN and other information for a 2020 Freightliner M2 rollback tow truck, which had been stolen from South Carolina on or about May 29, 2023.

f. On or about June 11, 2023, STITT, aided and abetted by coconspirators, caused three Freightliner Cascadia heavy-duty semi-trailer trucks to be stolen from a business in Charlotte, North Carolina.

g. In or about July 1-3, 2023, PENA, at the direction of STITT, removed and altered the metal VIN plates on the three Freightliner Cascadias, which had been stolen on or about June 11, 2023.

h. On or about July 3, 2023, STITT sent SPEARMAN electronic messages containing multiple VIN numbers, each identified as a 2023 Freightliner Cascadia.

i. In or about August 2023, PENA obtained California license plates for the three Freightliner Cascadias, which had been stolen on or about June 11, 2023.

j. On March 5, 2024, STITT possessed a 2003 Ford F-250, which had been stolen from Cornelius, North Carolina on or about March 4, 2024.

k. On October 30, 2024, SPEARMAN possessed in his home in Charlotte, North Carolina, various items in furtherance of the conspiracy, including: numerous sets of VINs, VIN stickers and a printer for printing VIN stickers.

l. Also on October 30, 2024, SPEARMAN possessed a 2018 Ford F-150 Raptor, which had been stolen from Charlotte, North Carolina in or about February 2023. SPEARMAN received the stolen vehicle from STITT.

4

- m. Throughout the conspiracy, STITT maintained photographs on his cell phone in furtherance of the conspiracy. For example:
    - i. STITT possessed a photo of the VIN of a 2018 Mercedes-Benz S560, which had been stolen from Bethesda, Maryland on or about December 15, 2022.
    - ii. STITT possessed a photo of the VIN of a 2021 Ford F-450, which had been stolen from a business in Manassas, Virginia on or about January 3, 2023.
    - iii. STITT possessed a photo of a 2022 Chevrolet Suburban, which had been stolen from a car dealership in Charlotte, North Carolina between on or about February 10-13, 2023.
    - iv. STITT possessed a photo of a 2019 Lamborghini Urus, which had been stolen from Atlanta, Georgia on or about March 14, 2023.
    - v. STITT possessed a photo of the VIN of a 2018 Land Rover Range Rover, which had been stolen from Charlotte, North Carolina between on or about May 20-31, 2023.
    - vi. STITT possessed a photo of the VIN of a 2024 Chevrolet Silverado, which vehicle had been stolen in Iredell County, North Carolina on or about July 10, 2023.

9. In or about May 2023 through July 2023, in the Western District of North Carolina, and elsewhere, STITT knowingly possessed a stolen motor vehicle, that is, a 2020 Freightliner M2 rollback tow truck with VIN: 1FVACVFD6LHKU8685, which vehicle had crossed a state boundary after being stolen on or about May 29, 2023, in the State of South Carolina, and subsequently brought into the State of North Carolina, knowing the same to have been stolen.

10. On or about June 4, 2023, in the Western District of North Carolina, STITT and SPEARMAN, knowingly and unlawfully, tampered with, altered, removed, and obliterated, and caused to be tampered with, altered, removed, and obliterated, the Vehicle Identification Number (VIN) for a motor vehicle or motor vehicle part, to wit: a 2020 Freightliner M2 rollback tow truck with VIN: 1FVACVFD6LHKU8685.

11. In or about July 2023, in the Western District of North Carolina, and elsewhere, STITT, PENA, and SPEARMAN, knowingly and unlawfully, tampered with, altered, removed, and obliterated, and caused to be tampered with, altered, removed, and obliterated, the VIN for one or more motor vehicles or motor vehicle parts, to wit: a 2024 Freightliner Cascadia heavy-duty semi-trailer truck with VIN: 3AKJHHDR1RSUZ5919; a 2023 Freightliner Cascadia heavy-

5

duty semi-trailer truck with VIN: 3AKJHHDR3PSUP2182; and a 2023 Freightliner Cascadia heavy-duty semi-trailer truck with VIN: 3AKJHHDR3PSUP2185.

12. On July 31, 2023, in the Western District of North Carolina, and elsewhere, STITT knowingly possessed a stolen motor vehicle, that is, an orange 2021 Dodge Charger with VIN number 2C3CDXL90MH513162, which vehicle had crossed a state boundary after being stolen on or about March 15, 2022, in the State of Maryland, and subsequently brought into the State of North Carolina, knowing the same to have been stolen.

13. On or about November 20, 2024, the date of his arrest on these charges, STITT knowingly possessed the same stolen 2016 Mercedes G550 referenced in paragraph 8c. The vehicle displayed an altered VIN number.

RUSS FERGUSON
UNITED STATES ATTORNEY

*[signed]* FOR

WILLIAM T. BOZIN and DANIEL RYAN
ASSISTANT UNITED STATES ATTORNEYS

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

*Darrin D. Jordan*  DATED: 8/11/2025
Darrin Jordan, Attorney for Defendant